## McCoy v. The State.

APPEAL from Jefferson Criminal Court.
Tried before the Hon. SAMUEL E. GREENE.

No counsel marked as appearing for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for the larceny of money.
The judgment of conviction is affirmed.

Opinion by TYSON, J.

---

## O'Hara v. The State.

APPEAL from Montgomery City Court.
Tried before the Hon. A. D. SAYRE.

GORDON MACDONALD, for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for carrying on the business of an auctioneer without a license and contrary to law.
The judgment of conviction is affirmed on the authority of *O'Hara v. State,* 121 Ala. 28.

Opinion by DOWDELL, J.

---

## Oakley v. Purcell.

APPEAL from Henry Circuit Court.
Tried before the Hon. J. W. FOSTER.

LEE & LEE and ESPY & FARMER, for appellant.

W. W. Sanders, for appellee.

The judgment in this case is affirmed for want of assignment of error.

Opinion Per Curiam.

---

# Woodward Iron Co v. Hook, *pro ami.*

Appeal from Birmingham City Court.
Tried before the Hon. W. W. Wilkerson.

James E. Webb, for appellant.

Gregg & Thornton, for appellee.

This was an action brought by the appellee against the appellant, to recover damages for personal injuries sustained by the plaintiff while in the employment of the defendant, which injuries were alleged to have been caused by reason of the defendant's negligence. The plaintiff sued for $20,000 damages, and from a judgment awarding him $3,000 as damages, the defendant appeals.

The judgment is affirmed.

Opinion by McClellan, C. J.

---

# O'Neal v. The State.

Appeal from Jefferson Criminal Court.
Tried before the Hon. Samuel E. Greene.

No counsel marked as appearing for appellant.

Charles G. Brown, Attorney-General, for the State.

The appellant was indicted and tried for murder in the second degree, and was convicted of manslaughter